IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **HUSSAIN SHAFFI,**<br><br>*Plaintiff*,<br><br>v.<br><br>**LEIDOS, INC.**<br><br>**LEIDOS BIOMEDICAL RESEARCH, INC.**<br><br>*Defendants*. | Case No.:   1:24-cv-02554-ABA |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants, Leidos, Inc. and Leidos Biomedical Research, Inc. (collectively "Defendants"), by and through undersigned counsel, hereby respectfully move this court for an order dismissing Plaintiff's Amended Complaint under Federal Rule of Civil Procedure 12(b)(6). The reasons for this Motion are more fully set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that this Court grant their motion and dismiss Plaintiff's Amended Complaint, and for any such other relief the Court deems appropriate.

Dated:   December 27, 2024                    Respectfully submitted,

/s/ *Michael J. Murphy*
Michael J. Murphy, Md. Bar No. 22628
Ajente Kamalanathan (*to be admitted pro hac vice*)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
1909 K Street, NW, Suite 1000
Washington, D.C. 20006
Tel.:  (202) 887-0855
Fax:  (202) 887-0866
Email:  michael.murphy@ogletree.com
           ajente.kamalanathan@ogletree.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 27, 2024, I caused a true and correct copy of the foregoing to be electronically filed via the Court's CM/ECF filing system, which will send notification of such filing to the following:

Faisal Gill
GILL LAW FIRM
1717 Pennsylvania Avenue, NW, Suite 1050
Washington, DC 20006
(310) 418-6675
Fgill@glawoffice.com

*Counsel for Plaintiff*

/s/ Michael J. Murphy
Michael J. Murphy, Md. Bar No. 22628

*Counsel for Defendants*