IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **HUSSAIN SHAFFI,**<br><br>*Plaintiff*,<br><br>v.<br><br>**LEIDOS, INC.,**<br><br>**LEIDOS BIOMEDICAL RESEARCH, INC.**<br><br>*Defendant.* | Case No.:   1:24-cv-02554-ABA |

## PROPOSED ORDER

**UPON CONSIDERATION** of Defendants' Motion to Dismiss Plaintiff's Complaint, any opposition thereto, and the entire record herein, it is **ORDERED** that Defendants' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____
Hon. Adam B. Abelson
Judge, United States District Court